**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Tarease K. Roseborough,<br><br>                        *Debtor*. | Case No. 25-10391-amc<br>Chapter 13 |

**Order Granting Motion for Turnover of Repossessed Vehicle**

    **AND NOW**, upon consideration of the Motion for Turnover of Repossessed Vehicle filed by Debtor Tarease K. Roseborough, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Police and Fire Federal Credit Union (the "Creditor") must return possession of the Debtor's 2022 Toyota RAV4, VIN 2T3P1RFV8NW322777 (the "Vehicle"), to the Debtor within twenty-four hours after the entry of this order.

3. The Debtor must maintain insurance on the Vehicle as required by applicable law and the terms of the underlying loan agreement.

4. The Debtor must timely make all payments in accordance with the proposed chapter 13 plan, subject to amendment upon the filing of the Creditor's proof of claim.

5. Should the Creditor fail to comply with this order, the Debtor may seek further relief from this Court, including sanctions and attorney's fees.


Date: _____        _____
                                                        Ashely M. Chan
                                                        Chief U.S. Bankruptcy Judge