UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

TAREASE K. ROSEBOROUGH  NO. 25-10391 AMC
CHAPTER 13

ENTRY OF APPEARANCE FOR TRANSIT WORKERS FEDERAL
CREDIT UNION AND REQUEST FOR NOTICES

TO THE CLERK:

Please enter our appearance for Transit Workers Federal Credit Union and provide notices as required by Bankruptcy Rule 2002 and ED PA Local Rule 3015-1(b).

DATE: February 14, 2025

HOWARD GERSHMAN LAW OFFICE

/s/ Howard Gershman
_____
Howard Gershman
P.O. Box 245
Ft. Washington, PA 19034
Telephone: 215.886.1120
Fax: 215.515.0788
Email: howard@gershman-law.com

Copies (via ECF) to:

Kennth E. West, Trustee
Office of Chapter 13 Trustee
190 N. Independence Mall West
Suite 710
Philadelphia, PA 19106

Brad Sadek, Esquire
Sadek law Offices
1500 JFK Boulevard, Ste. 220
Philadelphia, PA 19102